IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DELTA LOGISTICS, INC.**                                                                                                   **PLAINTIFF**

VS.                                    CASE NO. 5:19-CV-5063-TLB

**P.A.M. TRANSPORT, INC.**                                                                                            **DEFENDANT**

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

Comes now the Defendant, P.A.M. Transport, Inc., by and through its attorneys, Wales Comstock, and for its Response to Plaintiff's Motion for Preliminary Injunction, states:

1. Denying all of the Plaintiff's claims and characterizations made in its Complaint and Motion for Preliminary Injunction, the Carrier411 post of which Plaintiff complains and for which Plaintiff seeks injunctive relief was retracted on Friday, April 19, 2019.

2. Retraction renders Plaintiffs' Motion for Preliminary Injunction moot.

WHEREFORE, Defendant, P.A.M. Transport, Inc., prays for Plaintiff's Motion for Preliminary Injunction to be dismissed, for its costs and attorney's fees and for all relief to which it is entitled.

P.A.M. TRANSPORT, INC., Defendant

WALES COMSTOCK
P.O. Box 10018
Fayetteville, Arkansas 72703
(479) 439-8088 (Phone)
(866) 365-7070 (Fax)

By:   /s/ Christy Comstock
      Christy Comstock (AR Bar 92246)
      Christy@walescomstock.com

1

## CERTIFICATE OF SERVICE

      I, Christy Comstock, state that I electronically filed the foregoing document by using the CM/ECF system.  I certify that the following parties or their counsel of records are registered as ECF Filers and that they will be served by the CM/ECF system on this 22nd day of April, 2019:

    Angela C. Artherton
    Kael K. Bowling
    Friday Eldredge & Clark, LLP
    3350 S. Pinnalce Hills Parkway, Suite 300
    Rogers, AR 72758

                                                           */s/ Christy Comstock*