IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DELTA LOGISTICS, INC.                                                    PLAINTIFF

VS.                          05:19-cv-05063-TLB

P.A.M. TRANSPORT, INC.                                                   DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Delta Logistics, Inc.'s Motion to Dismiss with Prejudice, and the Court, being well advised of the law and facts in relation to this matter, hereby finds as follows:

1. This matter is hereby dismissed with prejudice.

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 4th day of October, 2019.

_____
HONORABLE TIMOTHY L. BROOKS

Prepared by:

Angela C. Artherton, Ark. Bar No. 2012156
Kael K. Bowling, Ark. Bar No. 2016220
Robert W. George, Ark. Bar No. 91834
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 300
Rogers, Arkansas 72758
Phone: (479) 695-6044
Fax: (501) 244-5389
aartherton@fridayfirm.com
kbowling@fridayfirm.com
rgeorge@fridayfirm.com